UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES LAURENT MAJOR,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil No. 26-cv-01129-JPG<br><br>Criminal No. 24-cr-40038-JPG |

**MEMORANDUM AND ORDER**

This case is before the Court on Petitioner James Major's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 1).

On May 1, 2025, Petitioner pled guilty to one count of solicitation of child pornography in violation of 18 U.S.C. § 2252A(a)(3)(B)(ii). At Petitioner's sentencing on August 28, 2025, the Court found that Petitioner was a repeat and dangerous sex offender against minors based on one prior sex offense conviction (Sexual Assault 2nd Degree – Minor). *See* United States Sentencing Guidelines Manual ("U.S.S.G.") § 4B1.5(a) (2024). The Court sentenced Petitioner to serve 156 months in prison. Petitioner did not appeal his sentence.

On August 27, 2026, Petitioner filed a § 2255 motion raising the following claim:

> Ineffective assistance of counsel based on sentencing counsel's failure to challenge whether his prior Connecticut conviction legally qualified as a predicate sex offense conviction under U.S.S.G. § 4B1.5(a).

Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court has performed a preliminary review of the § 2255 motion and has determined that it is not plain from the motion and the record of the prior proceedings that Petitioner is not entitled to relief. Accordingly, the Court **ORDERS** the Government to file a response to Petitioner's § 2255 motion within **THIRTY DAYS** of the entry of this Order. The

Government shall, as part of its response, attach all relevant portions of the record in the underlying case. Petitioner shall have **FOURTEEN DAYS** to reply to the Government's response.

**IT IS SO ORDERED.**
**DATED**: **September 9, 2026**

**J. PHIL GILBERT**
**United States District Judge**